IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY BOOTH BARLAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VERSUS | ) CASE NO. 1:10-cv-00039 |
| | ) |
| MARSHALL COUNTY, TENNESSEE, | ) |
| MARSHALL COUNTY BOARD OF | ) |
| EDUCATION, and STAN CURTIS, | ) |
| individually and in his capacity as | ) |
| Director of Schools, | ) |
| | ) |
| Defendants. | ) |

## INITIAL CASE MANAGEMENT ORDER

The parties, pursuant to Local Rule 16.01(d)(1)b.2 and through counsel, submit this proposed ORDER.

1. Service of Process is complete.

2. Defendants will file a responsive pleading by July 15, 2010.

3. Initial disclosures required by Rule 26(a)(1) shall be made by August 1, 2010.

4. Non-expert discovery, including depositions, shall be completed by Feb. 19, 2011.

5. Rule 26(a)(2) disclosures shall be made by October 15, 2010.

6. The deadline for filing discover-related Motions is Feb. 26, 2011.

7. The projected length of trial is 2-3 days.

8. The prospects of settlement are not clear at this time, but counsel believe they are good.

9. The deadline for filing Motions to Amend the pleadings is October 6, 2011.

    The deadline for filing dispositive motions is March, 19, 2011.

10. This case will be ready for trial on July 19, 2011, and will be set by the District Judge by separate Order.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
Magistrate Judge

APPROVED FOR ENTRY:

BUSSART LAW FIRM

/s/ Walter W. Bussart
WALTER W BUSSART
ATTORNEY FOR PLAINTIFF
520 North Ellington Parkway
Lewisburg, TN 37091
(931) 359-6264

FARRAR & BATES, LLP

_____
ROBYN BEALE WILLIAMS
ATTORNEY FOR DEFENDANT MARSHALL COUNTY, TENNESSEE
211 Seventh Avenue No., Suite 500
Nashville, TN 37219
(615) 254-3060

TOLSON & ASSOCIATES

_____
PEGGY L. TOLSON
ATTORNEY FOR DEFENDANTS MARSHALL COUNTY BOARD OF
 EDUCATION and STAN CURTIS
Mooreland Manor
7100 Executive Center Drive, Suite 110
Brentwood, TN 37027
(615) 221-8081