IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LARRY BOOTH BARLAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1:10-0039 |
| | ) Judge Trauger |
| v. | ) |
| | ) |
| MARSHALL BOARD OF EDUCATION, and | ) |
| STAN CURTIS, individually and in his capacity | ) |
| as Director of Schools, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**O R D E R**

Upon reasssignment of this case to Judge Trauger (Docket No. 13), the reference to the Magistrate Judge is **WITHDRAWN**. The deadlines established in the Initial Case Management Order entered July 6, 2010 (Docket No. 12) shall govern the progress of the case. The trial is being set by separate Order.

It is so **ORDERED**.

ENTER this 3rd day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge